IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALAN ROBERT BENNETT, JR.** | : | **CIVIL ACTION NO. 1:14-cv-1837** |
| | : | |
| Petitioner | : | (Judge Kane) |
| | : | (Magistrate Judge Saporito) |
| v. | : | |
| | : | |
| **COMMONWEALTH OF PENNSYLVANIA** | : | |
| | : | |
| Respondent | : | |

# O R D E R

Before the Court in the above-captioned action is the June 1, 2016 Report and Recommendation of the Magistrate Judge. No timely objections have been filed.

**AND NOW**, on this 24th day of June 2016, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation (Doc. No. 25) of Magistrate Judge Saporito;

2) The Petition (Doc. No. 1) is **DENIED** and **DISMISSED WITH PREJUDICE**;

3) The Court declines to issue a certificate of appealability, as Petitioner has failed to demonstrate "a substantial showing of the denial of a constitutional right;" and

4) The Clerk of Court shall **CLOSE** this case.

*S/ Yvette Kane*
YVETTE KANE, District Judge
United States District Court
Middle District of Pennsylvania